KURT E. WILSON, ESQ. (121163)
ROMIN P. THOMSON, ESQ. (193493)
SWEENEY, MASON, WILSON & BOSOMWORTH
A Professional Law Corporation
983 University Avenue, Suite 104C
Los Gatos, CA 95032-7637
Telephone: (408) 356-3000
Facsimile: (408) 354-8839

Attorneys for Plaintiff,
INTEGRATED COPY SOLUTIONS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGRATED COPY SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADEMERO, INC., <br><br> Defendant. | CASE NO: CV12-01095 <br><br> STIPULATION FOR DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER |

Pursuant to FRCP 4l(a)(ii) the parties hereby stipulate that this matter should be dismissed with prejudice and without an award of costs, attorneys' fees, or sanctions to any party.

DATED: 7/26/12

KURT E. WILSON, ESQ.
ROMIN P. THOMPSON, ESQ.
Attorneys for Plaintiff

DATED: 7/26/12

KATHRYN S. DIEMER, ESQ.
JOHN P. CARDOSI, ESQ.
Attorneys for Defendant

STIPULATION FOR DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER    1

1     PURSUANT TO STIPULATION, IT IS SO ORDERED.

2     This matter is dismissed with prejudice and without costs, attorneys' fees or sanctions.

5   DATED: July 27, 2012

6                                      THE HONORABLE PAUL S. GREWAL
                                       United States District/Magistrate Judge